# EXHIBIT P



**PATROL GUIDE**

| Section: Command Operations | Procedure No: 212-105 |
|---|---|

**SEARCH WARRANT EXECUTION**

| DATE ISSUED: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 10/16/13 | 10/16/13 | | 1 of 5 |

**PURPOSE** To provide the guidelines necessary when executing a search warrant:

**SCOPE** Executing search warrants is an integral part of the Department's law enforcement mission. *P.G. 212-75, "Search Warrant Applications,"* details the search warrant application procedures. This procedure will detail the procedures for execution of a search warrant. To ensure the safety of both uniformed members of the service and the general public, ALL commands involved in executing search warrants MUST utilize and refer to these guidelines. Search Warrants may only be executed between 0600 and 2100 hours unless the issuing court specifically authorizes nighttime execution. Warrants must be executed within ten calendar days of date of issuance, including weekends and holidays. If a warrant expires before its execution, the Intelligence Bureau, Public Security Section must be notified of this fact by telephone.

**PROCEDURE** Upon obtaining a search warrant:

**UNIFORMED MEMBER OF THE SERVICE CONCERNED**
1. Submit the following to commanding officer:
   a. **Search Warrant**
   b. **Search Warrant Affidavit**, if available
   c. **Typed Letterhead** prepared by supervisor reviewing initial application as directed by *P.G. 212-75, "Search Warrant Applications."*

**CAPTAIN OR ABOVE, UNIT COMMAND EXECUTING WARRANT**
2. Ensure that the **WARRANT TRACKING SYSTEM–PRE-WARRANT DATA ENTRY (PD374-143)** has been prepared and FAXED to the Intelligence Bureau, Public Security Section for input into the centralized search warrant database; AND an Intelligence Data System (IDS) record number has been obtained. (See ADDITIONAL DATA section "Notification to Intelligence Bureau, Public Security Section" for special procedures and exceptions).
   a. Confirm receipt of **WARRANT TRACKING SYSTEM–PRE-WARRANT DATA ENTRY** by the Intelligence Bureau, Public Security Section.

**NOTE** The District Attorney's Office will NOT process a search warrant without a SAFETNet control number and an IDS record number.

3. Prior to execution, confirm that all information used to obtain the Search Warrant is still valid by ensuring that:
   a. Any confidential informants/civilian witnesses are re-interviewed.
   b. Target location is verified immediately prior to execution.
   c. Any other elements of probable cause contained in the Search Warrant Application are still valid.

NEW • YORK • CITY • POLICE • DEPARTMENT

---

**PATROL GUIDE**

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 212-105 | 10/16/13 | | 2 of 5 |

**CAPTAIN OR ABOVE, UNIT EXECUTING WARRANT (continued)**
4. Evaluate any circumstances that suggest the search warrant must be executed as soon as possible (e.g. a large cache of firearms or drugs is present and is about to be moved).
5. Notify Operations Unit of the following:
   a. The bureau/command responsible for securing and executing the warrant, and
   b. The time and location of the tactical meeting.
   c. IDS record number.
6. Make necessary notifications to commands and/or bureaus affected as outlined in *ADDITIONAL DATA* section, *"Protocol For Executing Warrants Outside Of Command Of Origin"*.
   a. Document notifications in case folder.

**NOTE** *Excluding exigent circumstances, the aforementioned notifications to the geographical bureaus/commands (Patrol, Housing, etc.) and functional investigative commands (Narcotics, Firearms Investigation Unit, etc.) affected will be made at least 24 hours prior to the tactical meeting. The exact location of the proposed search warrant execution will be revealed only on a need to know basis to ensure safety and to avoid compromising the pending operation.*

7. Designate a member to prepare a **SEARCH WARRANT PLAN PRE-EXECUTION (PD 374-150)**, commonly referred to as a "Tactical Plan."
8. Conduct a tactical plan briefing with all units concerned.
   a. Ensure that all members involved in the execution of the warrant are present.
   b. Review the warrant and ensure that all members understand its scope and any special instructions listed thereon.
   c. Carefully consider and inform participants of any conditions that may have changed since the warrant was issued.
   d. Designate the assignment of personnel, including search responsibilities, recording responsibilities, security, hospital auto, etc.
   e. Ensure that hazards and special considerations are discussed and thoroughly understood.
   f. Review the intended use of specialized tools and tactical devices
   g. If Emergency Service Unit personnel are to be utilized, detail their specific duties.

**NOTE** *When use of a distraction device (e.g. flash bang) is contemplated, specific approval must be sought from the Chief of Department, through channels.*

   h. Ensure firearms control
   i. Have members articulate their roles in the execution to be certain they understand their duties and responsibilities.

NEW • YORK • CITY • POLICE • DEPARTMENT

**PATROL GUIDE**

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 212-105 | 10/16/13 | | 3 of 5 |

## EXECUTION OF THE WARRANT

**CAPTAIN OR ABOVE, UNIT EXECUTING WARRANT**

9. Notify the patrol borough duty captain of the pending search warrant execution.
10. Personally supervise the execution of the search warrant according to the tactical plan, ensuring that:
    a. Entry team announces authority and purpose to occupant of premises unless the issuing judge endorsed warrant for "no-knock" execution.
    b. Perpetrators are detained and contraband listed on warrant is seized.

**NOTE**

When unusual circumstances are encountered during the execution of a search warrant (e.g., warrant executed at an incorrect location, etc.) an immediate notification will be made to the Chief of Department through the Operations Unit.

Once the target premises has been rendered safe, access should be strictly limited only to the uniformed members designated as the search team. All other uniformed members should be excluded from the location.

The member of the service executing the search warrant shall, when able to do so safely, show a copy of the search warrant to any of the occupants of the premises.

Contraband or evidence not specified in the warrant may be seized pursuant to the "Plain View Doctrine" (see Legal Bulletins Vol. 13, No. 5 and Vol. 17, No. 6 for an explanation of the "Plain View Doctrine"). If a police officer is lawfully in a premises pursuant to a search warrant, such officer may seize contraband or evidence if:
  a. The incriminating nature of the seized item is immediately apparent, *and*
  b. The discovery of the item is inadvertent.

11. Obtain medical attention if necessary.
12. Have premises secured in compliance with *P.G. 214-20, "Repair of Entrances Damaged During Forced Warrant Entry into Wrong Premises or During an Entry Made During Exigent or Other Unusual Circumstances"*). Make repairs as necessary (refer to "*DAMAGED DOORS*" in *ADDITIONAL DATA*).
13. Have before and after photos taken of premises to record any corrective action taken and final condition of the premises.
14. Notify the Operations Unit of results.

**UNIFORMED MEMBER OF THE SERVICE**

15. Prepare **PROPERTY CLERK INVOICE (PD521-141)** for any property seized.
16. Prepare two detailed copies of *Receipt for Property Taken Under Search Warrant* (Court Form 155).
    a. Deliver one copy to occupant or leave in a conspicuous place if occupant is not present.
    b. File second copy with affidavit.

NEW • YORK • CITY • POLICE • DEPARTMENT

---

**PATROL GUIDE**

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 212-105 | 10/16/13 | | 4 of 5 |

**UNIFORMED MEMBER OF THE SERVICE (continued)**

17. Prepare the required **WARRANT TRACKING SYSTEM–POST-WARRANT DATA ENTRY (PD374-143A)** form and submit to the Intelligence Bureau, Public Security Section via fax, no later than fifteen days after the date that the search warrant was issued.
    a. Confirm receipt of **WARRANT TRACKING SYSTEM–POST-WARRANT DATA ENTRY** form by the Intelligence Bureau, Public Security Section by telephone.

**NOTE**

The **WARRANT TRACKING SYSTEM–POST-WARRANT DATA ENTRY** form will also be prepared for warrants that went unexecuted; and, it is required that the **WARRANT TRACKING SYSTEM–POST-WARRANT DATA ENTRY** form be faxed to the Public Security Section no later than fifteen days after the date that the search warrant was issued. Confirm receipt of the **WARRANT TRACKING SYSTEM–POST-WARRANT DATA ENTRY** form by the Intelligence Bureau, Public Security Section by telephone.

18. Return warrant and copy of **PROPERTY CLERK INVOICE** listing property seized, to issuing court, without unnecessary delay.
19. Prepare **SEARCH WARRANT PLAN POST-EXECUTION (PD374-150A)**.

**ADDITIONAL DATA**

*NOTIFICATIONS TO THE INTELLIGENCE BUREAU, PUBLIC SECURITY SECTION*

The notification to the Intelligence Bureau, Public Security Section shall apply to all units obtaining search warrants (Patrol Services, Detective Bureau, O.C.C.B., Joint Task Forces, etc.). However, should a specific legal concern arise with respect to entering search warrant information into the database, the member concerned shall confer with the Legal Bureau prior to contacting the Intelligence Bureau, Public Security Section. In the event the advice is provided by the Legal Bureau not to make data entry, such consultation shall be noted in the case file along with the specific basis for the advice, e.g., Grand Jury action. Additionally, in situations where a search warrant is based on extremely sensitive information, e.g. counterterrorism, internal investigations, etc., in order to exclude the search warrant from inclusion in the database, the member of the service must receive written permission from the Bureau Chief/Deputy Commissioner concerned. This documentation will be included in the case file.

In instances where a member of this Department, assigned to specialized units including but not limited to a Joint Task Force or a District Attorney's Office Squad, may participate in the execution of a search warrant but not be an affiant to a search warrant application affidavit, such member is required to follow the contents of this procedure. If a member of this Department, assigned to a Joint Task Force, etc., is directed by a supervisor from another agency not to make the notifications required by this directive, such member shall immediately notify the Bureau Chief/Deputy Commissioner concerned.

*PROTOCOL FOR EXECUTING WARRANTS OUTSIDE OF COMMAND OF ORIGIN*

Whenever a unit from any bureau executes a search warrant, the precinct commander (and P.S.A. commander if a Housing Authority location is involved) having geographical jurisdiction where the warrant is being executed, must be notified at least 24 hours prior to the tactical briefing. Additionally, the patrol borough commanding officer/executive officer where the search warrant is being executed must be notified at least 24 hours prior to the tactical briefing.

NEW • YORK • CITY • POLICE • DEPARTMENT

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 212-105 | 10/16/13 | | 5 of 5 |

**ADDITIONAL DATA** (continued)

If warrant is to be executed by a Patrol Services Bureau command in another patrol borough, the approval of <u>both</u> borough Commanding Officers is necessary. In the event of a disagreement, the Chief of Patrol will make the final determination. When a command in any other bureau is applying for a search warrant to be executed in another jurisdictional borough, the executive officer/counterpart of that borough must be consulted with, e.g., Manhattan North Narcotics applying to execute a search warrant in the Bronx, the executive officer/counterpart of Manhattan North Narcotics will consult with the executive officer/counterpart of Bronx Narcotics.

In all cases, specialized units such as the Narcotics Division, Firearms Investigation Unit, etc. will be conferred with prior to the execution of a warrant when the subject of the warrant falls within their functional jurisdictions.

When a search warrant is executed by a unit outside its normal geographical area of responsibility, the command where the search warrant is being executed will provide liaison personnel to assist in the planning and execution of the search warrant.

<u>DAMAGED DOORS</u>

The commanding officer leading the warrant execution will ensure that <u>any</u> door damaged during the course of a warrant execution is secured/repaired prior to the release of the premises from police custody. This requirement applies to ALL search warrant entries, regardless of outcome.

<u>INVESTIGATIONS UNITS</u>

All Patrol Boroughs, Transit Bureau, Housing Bureau, Detective Bureau and Organized Crime Control Bureau will ensure their respective investigations units conduct periodic inspections of pre-operational tactical meetings to assess their adequacy and completeness.

**RELATED PROCEDURES**

Confidential Informants (P.G. 212-68)
Repair of Entrances Damaged During Forced Warrant Entry into Wrong Premises or During an Entry Made During Exigent or Other Unusual Circumstances (P.G. 214-20)
Search Warrant Applications (P.G. 212-75)
Search Warrant Post-Execution Critique (P.G. 212-106)

**FORMS AND REPORTS**

SEARCH WARRANT PLAN PRE-EXECUTION (PD 374-150)
SEARCH WARRANT PLAN POST-EXECUTION (PD374-150A)
WARRANT TRACKING SYSTEM – PRE-WARRANT DATA ENTRY (PD374-143)
WARRANT TRACKING SYSTEM – POST-WARRANT DATA ENTRY (PD374-143A)
PROPERTY CLERK INVOICE (PD521-141)
Search Warrant
Search Warrant Affidavit
Typed Letterhead
Receipt for Property Taken Under Search Warrant (Court Form 155)

NEW • YORK • CITY • POLICE • DEPARTMENT

---



## PATROL GUIDE

| Section: Command Operations | | | Procedure No: 212-106 |
|---|---|---|---|
| **SEARCH WARRANT POST-EXECUTION CRITIQUE** | | | |
| DATE ISSUED: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
| 08/01/13 | 08/01/13 | | 1 of 1 |

**PURPOSE**   To ensure a post warrant review and written critique are conducted after the execution of a search warrant.

**PROCEDURE**   Within five days of execution of a search warrant:

**CAPTAIN OR ABOVE, UNIT EXECUTING WARRANT**
1. Review **SEARCH WARRANT PLAN POST-EXECUTION (PD374-150A)**.
2. Prepare written critique on **Typed Letterhead** addressed to Chief of Department and include:
   a. Evaluation of tactical plan and methods used during entry.
   b. Problems encountered during execution.
   c. Persons arrested, including background information.
   d. Special hazards encountered.
   e. Damage incurred, and security/repairs provided.
   f. Detailed list of contraband and/or evidence seized.
   g. Date and time warrant was returned to issuing court.
   h. Any other pertinent information.
3. Forward written critique and a copy of the **SEARCH WARRANT PLAN POST-EXECUTION** to overhead command.
4. Ensure that a case folder of all paperwork (tactical plan, computer checks, arrest/aided information, post warrant critique, etc.) is maintained in a secure location.

**NOTE**   For search warrants executed by the Internal Affairs Bureau, the required post-execution critique will be forwarded through channels to the Chief of Internal Affairs, and then directly to the Police Commissioner.

**OVERHEAD COMMAND**
5. Review the critique and forward through channels to the Chief of Department.

**RELATED PROCEDURES**

Confidential Informants (P.G. 212-68)
Repair of Entrances Damaged During Forced Warrant Entry into Wrong Premises or During an Entry made during Exigent or Other Unusual Circumstances (P.G. 214-20)
Search Warrant Applications (P.G. 212-75)
Search Warrant Execution (P.G. 212-105)

**FORMS AND REPORTS**

SEARCH WARRANT PLAN POST-EXECUTION (PD374-150A)
Typed Letterhead

NEW • YORK • CITY • POLICE • DEPARTMENT