# EXHIBIT R

| COMPLAINT FOLLOW-UP INFORMATIONAL PD313-081B (REV. 2-86)-31 | | Crime: FIO - CONTROLLED BUY | Complaint #: | Report Id #: NY01-0000234473 | Date of Investigation: | Date of Report: 03/14/2014 |
|---|---|---|---|---|---|---|
| Date of Orig. Report: | Date Assigned: | Case #: 201409744 | Unit Reporting: FIO - Manhattan | Unit Assisting: | Follow-up #: | Borough/NYSP Troop, Precinct/Jurisdiction Manhattan North, 023 |

**DO NOT USE THIS FORM TO REPORT**: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

**Buy Type:** DRUGS
**Unit Reporting:** FIO - Manhattan
**Det/PO Reporting:** FIO - Sergeant Killilea, Shane A
**Unit Assisting:**
**Source:**
**Date Information Obtained:**
**Date Of Report:** 03/14/2014
**Borough/NYSP Troop, Precinct/Jurisdiction:** Manhattan North, 023
**Location(s):** 2070 3 AVE 4C
**Intelligence:** FIO - CONTROLLED BUY FOR COCAINE
**Reference Numbers:** [Case Number : 201409744] [Report Id : NY01-0000234473] [Follow-Up Number : ]

**Is CI Related:** Yes
**CI Number:** 12-000943
**Location Of Meeting:**
**Date/Time Of Meeting:**
**Nature Of Contact:**
**Last Contact With Source:**
**Asset Validation:** NO
**Type Of Validation:**

SUBJECT: CONTROLLED BUY FOR COCAINE

1. On 03/14/14 the undersigned conducted a controlled buy for cocaine at 2070 3 Ave Apt 4C. The details are as follows.

2. At approximately 0800 hours the undersigned met with CI# 12-000943. The CI was searched for weapons and contraband with negative results. The CI was given $20.00 and directed to purchase cocaine from the above location. At 1805 hours the CI was observed entering the location. Approximately five minutes later the CI was observed exiting the location. The CI returned to the undersigned and produced one ziplock of cocaine. The CI was searched again with negative results.

3. The CI stated he/she went to the location and knocked on apartment 4C. The CI stated a male black, approximately 50 years old, short with an average build and glasses answered the door. The male, JD Juan, was wearing a black sweater and black pants. The CI stated, "I want some." JD Juan stated, "OK." JD Juan closed the door and returned approximately one minute later. JD Juan handed the CI one ziplock of cocaine. The CI took the cocaine, paid the $20.00 and exited the location.

4. The cocaine was field tested positive and vouchered in invoice# 1000467536.

5. The CI was paid $50.00 for the buy. The payment was witnessed by PO Ferreira. Total expenditure - $70.00.

6. PO Antinuck and Det Hill of Intel were notified of the pre and post buy and log# 201409744 was referenced.

7. For your Information.

| Reporting Officer's Rank, Name, and Command:<br>FIO - Sergeant, Klilliea, Shane<br>INTEL DIV - FIO PSA5 HOUSING<br>Signature: | Tax Number:<br>927030 | Supervisor:<br>Lieutenant, Cook, William<br>Approval Date:<br>03/23/2014 15:01:13 | Tax Number:<br>903677 |
|---|---|---|---|