# EXHIBIT AA

## SEARCH WARRANT PLAN PRE-EXECUTION
PD 374-150 (5-82)   PAGE 1

| | | |
|---|---|---|
| Date SW Obtained: 05/30/14 | B.O./Case No.: 201409744 | Div. Serial No.: |
| Command: PSA 5 | Command Serial No.: 805 | |
| SW Obtained By: PO FERREIRA | From Court (County): NY CRIMINAL   Court Warrant No.: 0603-2014 | ☒ No-Knock   ☐ Night Service |
| Tactical Plan Ranking Officer In Charge: CAPTAIN FORTUNE | | |

| PERSONNEL | SPECIFIC ASSIGNMENT | SUPERVISED BY | EQUIPMENT | SHOTGUN |
|---|---|---|---|---|
| CAPTAIN FORTUNE | 1 OVERALL SUPERVISOR | | ALL MOS IN UNIFORM OF THE DAY | YES ☐ NO ☒ |
| LT POPOVIC | 2 SEARCH SUPERVISOR | CAPT FORTUNE | | AUTO NO. 9200 |
| SGT KILLILEA | 1 FIO | LT POPOVIC | ALL MOS ON TAC | YES ☐ NO ☒ |
| PO FERREIRA | 2 A/O - WALK ON | DO | CUFFS | AUTO NO. 9222 |
| PO ACEVEDO | 1 RECORDER-W/O | DO | CUFFS/NOTEBOOK | YES ☐ NO ☒ |
| PO MCINTYRE | 2 OS SECURITY | DO | CUFFS/CAMERA | AUTO NO. 9222 |
| PO SHERLOCK | 1 OS SECURITY | DO | CUFFS/FLASHLIGHT | YES ☐ NO ☒ |
| PO LEVINE | 2 OS SECURITY | DO | CUFFS/FLASHLIGHT | AUTO NO. 9895 |
| PSA 5 PATROL | 1 HOSPITAL AUTO | DO | MARKED VAN | YES ☐ NO ☒ |
| PSA 5 PATROL | 2 HOSPITAL AUTO | DO | MARKED VAN | AUTO NO. 9895 |

| | | | | |
|---|---|---|---|---|
| Shotgun Authorization By: N/A | Radio Disp. NTFD: ☒ YES ☐ NO | Officer Assigned "Area" Portable Radio: YES | Reconnaissance of Area Performed By: SGT KILLILEA | |

**Potential Hazards - Problems**

DOOR HAS TWO LOCKS. ONE STANDARD KEY LOCK, THE OTHER IS A DEAD BOLT LOCK. THERE IS NO METAL PLATE GUARDING DOOR AGAINST RABBIT TOOL. NO ELDERLY, CHILDREN OR DOGS ARE KNOWN TO BE IN THE APARTMENT.

**LOCATION**

| Exact Address of Building: 2070 3 AVE | Floor: 4 | Apt. No.: 4C |
|---|---|---|

Distinctive Markings - Location of Address Number: DOOR IS MARKED 4C

| Exterior Door Construction - Distinctive Markings: BASIC METAL FRAME DOOR NYCHA | Alarm: ☐ YES ☒ NO | Peep Hole: ☒ YES ☐ NO | Locks: ☒ YES ☐ NO | Fire Escape: ☐ YES ☒ NO | Rear Exit: ☐ YES ☒ NO |
|---|---|---|---|---|---|
| Interior Door Construction - Distinctive Markings: THIN WOOD DOORS FOR BEDROOMS | Alarm: ☐ YES ☒ NO | Peep Hole: ☐ YES ☒ NO | Locks: ☐ YES ☒ NO | Fire Escape: ☐ YES ☒ NO | Rear Exit: ☐ YES ☒ NO |

**NOTIFICATION**

Indicate Public Information Officer, Outside Agencies e.g. IAD, IRS, Housing Police, etc.

HBM NOTIFIED DI CREIGHTON, PBMN NTFD BY SGT KILLILEA, HOUSING WHEEL PO LUGO

INTEL NTFD PO SOTO. OPERATIONS NTFD PO BAKRAQI LOG# 2014-1712. MNNB NTFD DET CARRASQUILLO

HBIU NTFD SGT ALFIERI

DISTRIBUTION-WHITE: UNIT CASE FOLDER   BLUE: TEAM CASE FOLDER   PINK: DIV. OFFICE   BUFF: SEARCH WARRANT FILE

D000008

SEARCH WARRANT PLAN
PRE-EXECUTION page 2        B.O. 201409744        Div. Serial No.        Command PSA 5   cmd ser.No. 805

DIAGRAM: Include exterior street area, hallway, and apartment layout. Indicate Expected Position of Personnel

SEE ATTACHED

DETAILS OF MANNER OF EXECUTION:

THE TEAM LEADER WILL INSTRUCT THE TEAMS TO PROCEED TO THE WARRANT LOCATION FOR EXECUTION. THE FOLLOWING WILL BE ADHERED TO:

1. Entry to the apartment will be made by ESU personnel.

2. All personnel will wear vests and uniform of the day.

3. The designated hospital will be St Luke's hospital. The hospital route will be N/B on 3rd Ave, W/B on E 115th St, S/B on 5th Ave, W/B on 110th St and N/B on Amsterdam Ave to the hospital.

4. The hallway and outside security will be secured by PSA 5 personnel during entry.

*************************RAID JACKETS AND VESTS WILL BE WORN********************

SUPERVISOR PREPARING PLAN          APPROVING SUPERVISOR
RANK/NAME – PRINTED SIGNATURE      RANK/NAME – PRINTED SIGNATURE
Sgt Killilea                       Captain Fortune

D000009

