# EXHIBIT CC

CONFIDENTIAL

# POLICE DEPARTMENT
# CITY OF NEW YORK

June 5, 2014

From:   Commanding Officer, Police Service Area 5

To:   Chief of Housing (through channels)

Subject: **EXECUTION OF SEARCH WARRANT WITHIN THE CONFINES OF PSA 5 (23 PCT) RESULTING IN THE RECOVERY OF COCAINE.**

1. On Thursday, June 5, 2014, at approximately 0610 hours, members of PSA 5 executed a search warrant for 2070 3 Ave Apt 4C. There was reasonable cause to believe that cocaine was located in the above location. Circumstances are as follows.

2. On May 30, 2014 Sgt Killilea, PSA 5 FIO, applied for and obtained a search warrant for the above location. Sgt Killilea established probable cause that cocaine was located inside the location. The Honorable Judge Weinberg issued the above search warrant.

3. Captain Fortune, PSA 5 CO, supervised the entry into the location which occurred without incident. Subsequent search of the location resulted in the recovery of 03 envelopes of cocaine and assorted paraphernalia.

4. The following persons were arrested as a result of the search warrant:

    Hozie Rowell NYSID# 03912578K

5. The following were present:

    | Captain Fortune | PSA 5 CO |
    | Lt Popovic | PSA 5 SOL |

6. The following were notified:

    | DI Creighton | HBM Executive Officer |
    | Lt Cook | Intel |
    | Det Carrasquillo | NBMN |
    | Det Hill | Intel |

D000575

CONFIDENTIAL

| | |
|---|---|
| Det Hill | Intel |
| PO McGrane | Operations Log# 2014-1712 |
| PO Alicea | PBMN Log# 41 |
| PO Baez | HB Wheel |

7. For your information.

                                           Peter Fortune
                                           Captain

CONFIDENTIAL

## POLICE DEPARTMENT
## CITY OF NEW YORK

June 5, 2014

From:   Commanding Officer, Police Service Area 5

To:     Chief of Department (through channels)

Subject: **CRITIQUE OF SEARCH WARRANT WITHIN THE CONFINES OF PSA 5.**

1. On Thursday, June 5, 2014, at approximately 0610 hours, members of PSA 5 executed a search warrant for 2070 3 Ave Apt 4C. There was reasonable cause to believe that cocaine was located in the above location. Circumstances are as follows.

2. On the aforementioned date a Tactical Pan meeting took place at PSA 5 at 0530 hours. Captain Fortune, PSA 5 CO, supervised the entry of the search warrant. PSA 5 personnel were to provide hall security, outside security and a hospital auto. St Luke's Hospital was the designated hospital.

3. At approximately 0610 hours the search warrant was executed for the subject location. The warrant was executed with no deviations from the plan and no unexpected hazards were encountered. There were no injuries to members of the service or civilians. The search warrant resulted in 1 arrest. This search warrant has not yet been returned to court.

4. The following evidence was recovered at the scene:

    A) 03 envelopes of cocaine
    B) Assorted paraphernalia

5. The following were present:

    Captain Fortune    PSA 5 CO
    Lt Popovic         PSA 5 SOL

6. The following were notified:

    DI Creighton       HBM Executive Officer
    Lt Cook            Intel
    Det Carrasquillo   NBMN

D000577

CONFIDENTIAL

    Det Hill           Intel
    PO McGrane    Operations Log# 2014-1712
    PO Alicea      PBMN Log# 41
    PO Baez        HB Wheel

7. For your information.

                              Peter Fortune
                              Captain

CONFIDENTIAL