# EXHIBIT DD

| COMPLAINT FOLLOW-UP INFORMATIONAL PD313-081B (REV. 2-86)-31 | | Crime: FIO - SEARCH WARRANT INITIATED | Complaint #: | Report Id #: NY01-0000241975 | Date of Investigation: | Date of Report: 06/05/2014 |
|---|---|---|---|---|---|---|
| Date of Orig. Report: | Date Assigned: | Case #: 201409744 | Unit Reporting: FIO - Manhattan | Unit Assisting: | Follow-up #: | Borough/NYSP Troop, Precinct/Jurisdiction Manhattan North, 023 |

**DO NOT USE THIS FORM TO REPORT**: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

**Unit Reporting:** FIO - Manhattan
**Det/PO Reporting:** FIO - Sergeant Killilea, Shane A
**Unit Assisting:**
**Source:**
**Date Information Obtained:**
**Date Of Report:** 06/05/2014
**Borough/NYSP Troop, Precinct/Jurisdiction:** Manhattan North, 023
**Location(s):** 2070 3 AVE 4C
**Intelligence:** SEARCH WARRANT INITIATED
**Reference Numbers:** [Case Number : 201409744] [Report Id : NY01-0000241975] [Follow-Up Number : ]

**Is CI Related:** Yes
**CI Number:** 12-000943
**Location Of Meeting:**
**Date/Time Of Meeting:**
**Nature Of Contact:**
**Last Contact With Source:**
**Asset Validation:** NO
**Type Of Validation:**

SUBJECT: SEARCH WARRANT INITIATED

1. On 06/05/14, at approximately 0610 hours, the undersigned did execute a search warrant at 2070 3 Ave 4C. The search warrant was executed following positive controlled buys for cocaine by CI# 12-000943.

2. As a result of the warrant the following was recovered:

a. 03 envelopes of alleged cocaine
b. 01 bag of approximately 1/8 oz of alleged cocaine
c. assorted paraphernalia

3. The following persons were present:

a. Hozie Rowell NYSID# 03912578K

4. The following were present during the execution but not arrested:

a. Theresa Rowell DOB 6/30/57
b. Shaar Wright DOB 8/25/94
c. Nicky Wright DOB 3/15/97

5. The following were present during the execution:

a. Captain Fortune CO PSA 5
b. Lt Popovic SOL PSA 5

6. CI # 12-000943 was paid $150.00 for said warrant. Total expenditure on case -

D000579

$570.00.

7. The following were notified by the undersigned:

a. Lt Cook Intel
b. Det Hill Intel
c. Det Forte MNNB

8. For your information.

| Reporting Officer's Rank, Name, and Command:<br>FIO - Sergeant, Killilea, Shane<br>INTEL DIV - FIO PSA5 HOUSING<br>Signature: | Tax Number:<br>927030 | Supervisor:<br>Lieutenant, Cook, William<br>Approval Date:<br>06/07/2014 16:35:11 | Tax Number:<br>903677 |
|---|---|---|---|

D000580