UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rowell,

          Plaintiff,

–v–

City of New York, et al.,

          Defendants.

16-cv-6598 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge:

    The Court is in receipt of the parties' letter describing their respective positions regarding the Court's March 3, 2022 Opinion and Order (Dkt. No. 157). The Court hereby orders the adoption of Defendants' proposed payment plan. Plaintiff shall pay the City of New York $100 per month for four years, with the last payment being $128.01.

SO ORDERED.

Dated: April 6, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1